# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CARLOS BERCELLESI-CASTRO,<br><br>Defendant. | Case No.  2:03-mj-2220-<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint filed against CARLOS BERCELLESI-CASTRO and quash any associated warrant.

DATED this  3rd day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED THIS 9th Day of  August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE